AO 10
Rev. 1/2015

# FINANCIAL DISCLOSU
## FOR CALENDAR YE

| | |
|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Nielsen, Jr., George B. | **2. Court or C**<br><br>United Stat |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>USBJ | **5a. Report Ty**<br><br>☐ Nomin<br>☐ Initial<br><br>**5b.** ☐ A |
| **7. Chambers or Office Address**<br><br>230 N. First Avenue<br>Suite 101<br>Phoenix, AZ 85003-1706 | |
| *IMPORTANT NOTES: The instructions accomp<br>checking the NONE box for each part w* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

<u>POSITION</u>

1. _____

**Name of Pers**

**Nielsen, Jr**

## III. NON-INVESTMENT INCOME. *(Reporting individual and s*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any porti*
*(Dollar amount not required except for honoraria.)*

 NONE *(No reportable non-investment income.)*

|  | DATE | SOURCE |
|---|---|---|

**Name of Pers**

**Nielsen, Jr**

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing i*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESC |
|--------|------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 3*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESC |
|----------|------|
| 1. | |

Name of Pers

Nielsen, Jr

## VII. INVESTMENTS and TRUSTS — *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 1. Money Market Account - First Federal Credit Union | A | Int./Div. | K |
| 2. Capital One Bank | B | Int./Div. | M |
| 3. Money Market Account - Arizona Federal Credit Union | B | Int./Div. | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

Name of Pers

Nielsen, Jr

## VIII. ADDITIONAL INFORMATION OR EXPLAN

Name of Pers

Nielsen, Jr

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining accurate, true, and complete to the best of my knowledge and belief, and that a provisions permitting non-disclosure.

I further certify that earned income from outside employment and honorar compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, a

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSI
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)